UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  06-80078-CR-DIMITROULEAS

    Plaintiff,

vs.

JEWEL PADGETT,

    Defendant.
_____/

## O R D E R

THIS MATTER having come before the Court on the Defendant's pro se August 18, 2008 Motion to Amend Sentence. [DE-100].. In that motion, Defendant requests a reduction in sentence based upon the safety valve. This Court does not have jurisdiction to modify Defendant's sentence. Even if this Court had jurisdiction, the Defendant is not entitled to the benefit of the safety valve; 18 U.S.C. § 3553(f) sets forth the requirements for a safety valve reduction. However, the Defendant received a two level enhancement pursuant to U.S.S.G. § 2D1.1(b)(1) because a firearm was possessed. (Paragraph 21 of the Pre-Sentence Investigation Report); see also Objections to PSI (DE-76, para. 6]; see paragraph 9(d) of Plea Agreement.

Wherefore, Defendant's Motion to Amend [DE-100] is Dismissed.[1]

---

[1] Normally, the Court would dismiss the motion without prejudice to Padgett's filing a motion under 28 U.S.C. 2255, but it appears that such a motion, if it had any merit, would now be untimely.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of August, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jewel Padgett, #76730-004
c/o FMC Lexington
PO Box 14500
Lexington, KY 40512

Ann Marie Villafana, AUSA